**U.S. Citizenship and Immigration Services** | Applicant: **FATEMEH TABATABAEIFAR**  A #: **221181006** | Officer: **Brenda Lerma**  Date of Determination: **Mar 21, 2025**

## Convention Against Torture Assessment Notice For Alien(s) Whose Entry Has Been Suspended and/or Restricted Pursuant to INA §§ 212(f) and 212(a) (Rev. 01/31/2025)

| A Number: **221181006** | |
|---|---|
| Last Name: **TABATABAEIFAR** | First Name: **FATEMEH** |
| Interview Date: **2025-03-21** | Determination Date: **2025-03-21** |

You were interviewed by a DHS asylum officer to determine whether it is more likely than not that you will be tortured in **IRAN**. The assessment made by the DHS asylum officer, indicated below, will be considered by DHS in determining whether you may be sent to **IRAN**. DHS will provide you with additional information regarding how you will be processed.

☐ You **established** it is more likely than not that you will be tortured in **IRAN**
☒ You **did not establish** it is more likely than not that you will be tortured in **IRAN**