**Monday, April 14, 2025 at 02:45:40 Pacific Daylight Time**

---

**Subject:** Fatemeh Tabatabaeifar, A no. 221-181-006 URGENT
**Date:** Friday, April 11, 2025 at 3:40:09 PM Pacific Daylight Time
**From:** Taher Kameli
**To:** EAZ-Outreach@ice.dhs.gov
**CC:** OMDC-G28@ice.dhs.gov, ZARRescheduleRequest@uscis.dhs.gov, Phoenix.Outreach@ice.dhs.gov, Tamar Shubitidze, Laura Frias, Taher Kameli
**Attachments:** G-28 Fatemeh Tabatabaeifar (1).pdf, CAT Assessment Notice.pdf, Outlook-xnmahwjh

To whom it may concern

USCIS conducted a "Credible Fear Interview" with Ms. Fatemeh Tabatabaeifar. The Asylum officer decided that she did not establish that she would be tortured for going back to Iran. Officer did not even consider her request for Asylum.  After inquiring many times with ICE agents, finally I received the notice of denial on April 4, 2025. I made a request by sending emails to Asylum offices requesting a review by Immigration Judge pursuant to 8 CFR 208.30(g).

On April 8, 2025, Asylum officer for the first time gives Ms. Fatemeh Tabatabaeifar a notice of CAT assessment notice, attached. Officer failed to notify Ms. Tabatabaeifar about her rights under 8 CFR 208.30(g), including providing her a form I 869 to make the request for a review of the decision by an Immigration Judge.

**Please consider this email another formal notification that Ms. Tabatabaeifar wishes to have an immigration judge review the negative decision dated March 21, 2025, attached.**

My G-28 is attached as well.

Thanks,
Taher Kameli



**Kameli Law**
e: Taher@Kameli.com
w: www.Kameli.com
Chicago, IL,
New York, NY
Office: (312) 233-1000