Outlook

### RE: Fatemeh Tabatabaeifar, A no. 221-181-006 URGENT

| | |
|---|---|
| From | EAZ-Outreach, <EAZ-Outreach@ice.dhs.gov> |
| Date | Sun 2025-04-13 11:13 AM |
| To | Taher Kameli <taher@kameli.com> |

Your client was processed under Expedited Removal – Section 212(f), and received a negative CAT determination.  Per USCIS guidelines, negative CAT assessments are not entitled to an IJ review.  You will need to contact USCIS if you have any additional questions regarding their screening process or decision.

You can also contact the Deportation Officer at 520-464-3000.

Thank you,
EAZ-Outreach

---

**From:** Taher Kameli <taher@kameli.com>
**Sent:** Friday, April 11, 2025 3:40 PM
**To:** EAZ-Outreach, <EAZ-Outreach@ice.dhs.gov>
**Cc:** OMDC-G28, <OMDC-G28@ice.dhs.gov>; ZAR Reschedule Request <ZARRescheduleRequest@uscis.dhs.gov>; Phoenix.Outreach <Phoenix.Outreach@ice.dhs.gov>; Tamar Shubitidze <TShubitidze@kameli.com>; Laura Frias <lfrias@kameli.com>; Taher Kameli <taher@kameli.com>
**Subject:** Fatemeh Tabatabaeifar, A no. 221-181-006 URGENT

> You don't often get email from taher@kameli.com. Learn why this is important
>
> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

To whom it may concern
USCIS conducted a "Credible Fear Interview" with Ms. Fatemeh Tabatabaeifar. The Asylum officer decided that she did not establish that she would be tortured for going back to Iran. Officer did not even consider her request for Asylum.  After inquiring many times with ICE agents, finally I received the notice of denial on April 4, 2025. I made a request by sending emails to Asylum offices requesting a review by Immigration Judge pursuant to 8 CFR 208.30(g).

On April 8, 2025, Asylum officer for the first time gives Ms. Fatemeh Tabatabaeifar a notice of CAT assessment notice, attached. Officer failed to notify Ms. Tabatabaeifar about her rights under 8 CFR 208.30(g), including providing her a form I 869 to make the request for a review of the decision by an Immigration Judge.

**Please consider this email another formal notification that Ms. Tabatabaeifar wishes to have an immigration judge review the negative decision dated March 21, 2025, attached.**

My G-28 is attached as well.

Thanks,

Taher Kameli



**Kameli Law**

e: Taher@Kameli.com

w: www.Kameli.com

Chicago, IL,

New York, NY

Office: (312) 233-1000