Outlook

**[Draft] Fw: Fatemeh Tabatabaeifar - A no. 221-181-006**

From lfrias@kameli.com

**From:** Napolitano, Shawn F <Shawn.F.Napolitano@ice.dhs.gov>
**Sent:** Wednesday, April 9, 2025 9:55 AM
**To:** Laura Frias <lfrias@kameli.com>; Hoffman, Christopher S <Christopher.S.Hoffman@ice.dhs.gov>; Taher Kameli <taher@kameli.com>
**Subject:** Re: Fatemeh Tabatabaeifar - A no. 221-181-006

I am aware there is a lack of understanding, which is why I've carefully attempted to explain what is happening over the course of the last seven emails that I have sent you. Again,

**Your client was not given an NTA as her assessment was negative; there is no NTA to provide you with. As far as the CAT assessment, I have already shared what I am able to. You must contact USCIS for anything beyond what I have already given you. You have been asking USCIS for documents that do not exist (documentation of a "credible fear interview" instead of a "CAT interview"), and that could possibly be a reason why they have not been able to provide you with documentation for your client's case.**

ICE can be of no further help to you in this context.


V/R
Shawn Napolitano
Deportation Officer
Phoenix Field Office, Eloy Detention Center
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
D: (520) 466-2747 / C: (520) 528-2546

---

**From:** Laura Frias <lfrias@kameli.com>
**Sent:** Wednesday, April 9, 2025 7:33 AM
**To:** Napolitano, Shawn F <Shawn.F.Napolitano@ice.dhs.gov>; Hoffman, Christopher S <Christopher.S.Hoffman@ice.dhs.gov>; Taher Kameli <taher@kameli.com>
**Subject:** Re: Fatemeh Tabatabaeifar - A no. 221-181-006

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

I don't understand that you are "limited as what you can send" we are the attorneys of record for Ms. Fatemeh. If no credible fear interview/assessment was done, send us the CAT interview/assessment and a copy of the NTA.

She has been in custody since February and you have no documents to share with us.

Seriously this is unacceptable.

Please share with us the documents that you can share.

Regards,
Laura Frias
Paralegal



**Kameli Law**
e: lfrias@kameli.com
w: www.kameli.com
Office: (312) 233-1000

---

**From:** Napolitano, Shawn F <Shawn.F.Napolitano@ice.dhs.gov>
**Sent:** Wednesday, April 9, 2025 9:28 AM
**To:** Laura Frias <lfrias@kameli.com>; Hoffman, Christopher S <Christopher.S.Hoffman@ice.dhs.gov>; Taher Kameli <taher@kameli.com>
**Subject:** Re: Fatemeh Tabatabaeifar - A no. 221-181-006

I am limited as to what I can send you. That is all I am able to provide. You will have to contact USCIS for any more documentation.

Once again, it is not a "credible fear" interview/assessment. It is a CAT assessment. Its likely that USCIS has been unable to answer your questions because you've been asking if they have a record of your client's "credible fear" interview/assessment, which they don't, because your client was never given a credible fear interview. A CAT interview/assessment was done on your client.

V/R
Shawn Napolitano
Deportation Officer
Phoenix Field Office, Eloy Detention Center
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
D: (520) 466-2747 / C: (520) 528-2546

---

**From:** Laura Frias <lfrias@kameli.com>
**Sent:** Tuesday, April 8, 2025 10:23 AM
**To:** Napolitano, Shawn F <Shawn.F.Napolitano@ice.dhs.gov>; Hoffman, Christopher S

<Christopher.S.Hoffman@ice.dhs.gov>; Taher Kameli <taher@kameli.com>
**Subject:** Re: Fatemeh Tabatabaeifar - A no. 221-181-006

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Good morning Officer Napolitano,

We only received the rejection letter (one page), not a complete copy of the credible fear assessment.

Please send that to us as soon as possible along with a copy of the NTA for Ms. Fatemeh.

Regards,
Laura Frias
Paralegal



**Kameli Law**
e: lfrias@kameli.com
w: www.kameli.com
Office: (312) 233-1000

---

**From:** Napolitano, Shawn F <Shawn.F.Napolitano@ice.dhs.gov>
**Sent:** Monday, April 7, 2025 4:55 PM
**To:** Laura Frias <lfrias@kameli.com>; Hoffman, Christopher S <Christopher.S.Hoffman@ice.dhs.gov>; Taher Kameli <taher@kameli.com>
**Subject:** Re: Fatemeh Tabatabaeifar - A no. 221-181-006

Hello,

I did that on Friday, ma'am.

V/R
Shawn Napolitano
Deportation Officer
Phoenix Field Office, Eloy Detention Center
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
D: (520) 466-2747 / C: (520) 528-2546

---

**From:** Laura Frias <lfrias@kameli.com>
**Sent:** Monday, April 7, 2025 2:53 PM
**To:** Napolitano, Shawn F <Shawn.F.Napolitano@ice.dhs.gov>; Hoffman, Christopher S <Christopher.S.Hoffman@ice.dhs.gov>; Taher Kameli <taher@kameli.com>
**Subject:** Re: Fatemeh Tabatabaeifar - A no. 221-181-006

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Hello,

Can you please send us a copy of the credible fear assessment? USCIS has no record of Ms. Fatemeh being interviewed by them.

We are her attorneys and request a copy of all the documents on her case.

Thank you.

Regards,
Laura Frias
Paralegal



**Kameli Law**
e: lfrias@kameli.com
w: www.kameli.com
Office: (312) 233-1000

---

**From:** Napolitano, Shawn F <Shawn.F.Napolitano@ice.dhs.gov>
**Sent:** Friday, April 4, 2025 4:00 PM
**To:** Laura Frias <lfrias@kameli.com>; Hoffman, Christopher S <Christopher.S.Hoffman@ice.dhs.gov>; Taher Kameli <taher@kameli.com>
**Subject:** Re: Fatemeh Tabatabaeifar - A no. 221-181-006

Hello,

Your client was interviewed by USCIS via Convention Against Torture Assessment, due to being processed as an Expedited Removal under INA 212(f), which is the main processing disposition for cases similar to your client's.

The result of your client's CAT assessment is attached.


V/R
Shawn Napolitano
Deportation Officer
Phoenix Field Office, Eloy Detention Center
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
D: (520) 466-2747 / C: (520) 528-2546

---

**From:** Napolitano, Shawn F <Shawn.F.Napolitano@ice.dhs.gov>
**Sent:** Friday, April 4, 2025 2:00 PM

**To:** Laura Frias <lfrias@kameli.com>; Hoffman, Christopher S <Christopher.S.Hoffman@ice.dhs.gov>; Taher Kameli <taher@kameli.com>
**Subject:** Re: Fatemeh Tabatabaeifar - A no. 221-181-006

Hello,

Your client was interviewed by USCIS via Convention Against Torture Assessment, due to being processed as an Expedited Removal under INA 212(f), which is the main processing disposition for cases similar to your client's.

The result of your client's CAT assessment is attached.

V/R
Shawn Napolitano
Deportation Officer
Phoenix Field Office, Eloy Detention Center
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
D: (520) 466-2747 / C: (520) 528-2546

---

**From:** Laura Frias <lfrias@kameli.com>
**Sent:** Friday, April 4, 2025 12:58 PM
**To:** Napolitano, Shawn F <Shawn.F.Napolitano@ice.dhs.gov>; Hoffman, Christopher S <Christopher.S.Hoffman@ice.dhs.gov>; Taher Kameli <taher@kameli.com>
**Subject:** Fw: Fatemeh Tabatabaeifar - A no. 221-181-006

You don't often get email from lfrias@kameli.com. Learn why this is important

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Dear Officer Napolitano,

We've reached out to USCIS at the Asylum office and please see their response below. We ask that you please send us an update in regard to our client.

Did she have her "Credible Fear Interview?

Please send us the documents requested as soon as possible and please file the NTA for Ms. Tabatabaeifar with the Executive Office for Immigration Review (EOIR).

Thank you.

Regards,
Laura Frias
Paralegal

Kameli Law
e: lfrias@kameli.com
w: www.kameli.com
Office: (312) 233-1000

---

**From:** AsylumD3Prescreening
**Sent:** Friday, April 4, 2025 2:40 PM
**To:** Laura Frias; Taher Kameli
**Subject:** RE: Fatemeh Tabatabaeifar - A no. 221-181-006

Good afternoon,

Thank you for reaching out to the Asylum District regarding your client. Your client was not referred to USCIS for a credible fear interview. There are no documents to serve on your office at this time. Please contact ICE or CBP with any further questions.

Thank you.
On behalf of District 3
//cd

---

WARNING: This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval from the originator.

**From:** Laura Frias <lfrias@kameli.com>
**Sent:** Friday, April 4, 2025 12:33 PM
**To:** AsylumD3Prescreening <AsylumD3Prescreening@uscis.dhs.gov>; Taher Kameli <taher@kameli.com>
**Subject:** Re: Fatemeh Tabatabaeifar - A no. 221-181-006

You don't often get email from lfrias@kameli.com. Learn why this is important

**CAUTION:** This email originated from outside of the Federal Government. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact the USCIS Security Operations Center with questions or click the "Report Phishing" button to report it as a phishing attempt.

Dear Officer,

Attached please find the G-28.

Thank you.

Regards,
Laura Frias

Paralegal

**Kameli Law**
e: lfrias@kameli.com
w: www.kameli.com
Office: (312) 233-1000