Case 2:25-cv-01238-GMS-MTM    Document 17    Filed 04/22/25    Page 1 of 4

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

| | |
|---|---|
| Fatemeh Tabatabaeifar<br><br>_____<br>*Plaintiff(s)*<br><br>v.<br><br>Kika Scott, Senior Official Performing<br>the Duties of the Director of<br>the United States Citizenship and<br>Immigration Services (USCIS), et al<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  CV-25-01238-PHX-GMS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. Attorney Disctrict of Arizona
Department of Justice
Two Renaissance Square
40 N. Central Avenue, Suite 1800
Phoenix, AZ 85004-4449

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Attn: John Nicolas Albukerk
Albukerk and Associates
1111 Westgate St.
Oak Park, IL 60301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    04/21/2025    _____

*Signature of Clerk or*

ISSUED ON 6:33 am, Apr 22, 2025
s/ Debra D. Lucas, Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  CV-25-01238-PHX-GMS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Angelica Bermejo

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   U.S. Attorney District of Arizona   , who is

designated by law to accept service of process on behalf of *(name of organization)*   USPS
Express Mail: EI996332531US on *(date)*   4/22/2025 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $   $31.40
                                                                                          -0.00-- .

I declare under penalty of perjury that this information is true.

Date:  4/28/2025 _____          *Angelica Bermejo*
                                          _____
                                                    *Server's signature*

                                          Angelica Bermejo- Paralegal
                                          _____
                                                 *Printed name and title*

                                          P.O. BOX 16680, Chicago, IL 60616
                                          _____
                                                  *Server's address*

Additional information regarding attempted service, etc:



**UNITED STATES POSTAL SERVICE®**

**PRIORITY MAIL EXPRESS®**

EI 996 332 531 US

**CUSTOMER USE ONLY**

**FROM: (PLEASE PRINT)**   PHONE ( 773 ) 847-2000

Attn: John Nicolas Albukerk
Albukerk and Associates
1111 Westgate St.
Oak Park, IL 60301

**PAYMENT BY ACCOUNT (if applicable)**
Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**

□ 1-Day   □ 2-Day   □ Military   □ DPO

PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage $

Date Accepted (MM/DD/YY) | Scheduled Delivery Time □ 6:00 PM | Insurance Fee $ | COD Fee $

Time Accepted □ AM □ PM | Return Receipt Fee $ | Live Animal Transportation Fee $

**DELIVERY OPTIONS (Customer Use Only)**

☒ **SIGNATURE REQUIRED** Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
□ No Saturday Delivery (delivered next business day)
□ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

Special Handling/Fragile $ | Sunday/Holiday Premium Fee $ | Total Postage & Fees $

Weight ___ lbs ___ oz. | □ Flat Rate | Acceptance Employee Initials

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY) | Time □ AM □ PM | Employee Signature

Delivery Attempt (MM/DD/YY) | Time □ AM □ PM | Employee Signature

LABEL 11-B, NOVEMBER 2023   PSN 7690-02-000-9996

**TO: (PLEASE PRINT)**   PHONE ( )

U.S. Attorney District of Arizona
Department of Justice
Two Renaissance Square
40 N Central Avenue, Suite 1800
Phoenix, AZ 85004-4449

ZIP+4® (U.S. ADDRESSES ONLY)
8 5 0 0 4 - 4 4 4 9

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

⇦ PEEL FROM THIS CORNER

EI 996 332 531 US

## Track Packages
## Anytime, Anywhere

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?

app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

**Remove X**

Tracking Number:

# EI996332531US

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Scheduled Delivery by

## THURSDAY

# 24 April 2025 ⓘ

by

## 6:00pm ⓘ

Your item was delivered to the front desk, reception area, or mail room at 2:48 pm on April 24, 2025 in PHOENIX, AZ 85004. The item was signed for by B CANTOR.

## Delivered
**Delivered, Front Desk/Reception/Mail Room**

PHOENIX, AZ 85004
April 24, 2025, 2:48 pm

**See All Tracking History**

What Do USPS Tracking Statuses Mean?
**(https://faq.usps.com/s/article/Where-is-my-package)**

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Case 2:25-cv-01238-GMS-MTM    Document 19    Filed 04/28/25    Page 4 of 5



**Text & Email Updates**  〉

**Proof of Delivery**  〉

**USPS Tracking Plus®**  〉

**Product Information**  〉

See Less ∧

Track Another Package

Enter tracking or barcode numbers

**Need More Help?**

Contact USPS Tracking support for further assistance.

FAQs