John Nicolas Albukerk
Albukerk & Associates
1111 Westgate St.
Oak Park, IL 60301
State Bar No. 6218232
E-mail: nick.albukerk@gmail.com
Tel: (773)847-2600

Attorney of Plaintiff for Fatemeh Tabatabaeifar

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| FATEMEH TABATABAEIFAR ) | |
| Petitioner, ) | |
| v. ) | Case No.: |
| KIKA SCOTT, et al., ) | CV−25−01238−PHX−MTL (MTM) |
| Respondents. ) | Hon. Judge: Michael T. Liburdi |

## MOTION TO DISMISS PINAL COUNTY SHERIFF

Comes now Petitioner Fatemeh Tabatabaeifar, by and through her attorneys, Albukerk & Associates, and requests respectfully to dismiss the Pinal County Sheriff as a Respondent in this matter. In support of this motion, Petitioner states as follows:

1) Upon further review, Petitioner acknowledges that the Pinal County Sheriff does not operate or control the Eloy Detention Center.

2) Eloy Detention Center is operated by CoreCivic pursuant to a contract with U.S. Immigration and Customs Enforcement.

3) The Pinal County Sheriff was named in error and should be dismissed from this action.

**WHEREFORE**, Petitioner respectfully requests to dismiss the Pinal County Sheriff as a Respondent in this matter.

**Dated: May 27, 2025**

                                        Respectfully submitted,

                                        Albukerk & Associates
                                        _____

                                        John Nicolas Albukerk

                                        1111 Westgate St,
                                        Oak Park, IL 60301
                                        Tel: (773)847-2600