# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fatemeh Tabatabaeifar, | No. CV-25-01238-PHX-GMS (MTM) |
| Petitioner, | **ORDER** |
| v. | |
| Kika Scott, et al., | |
| Respondents. | |

Before the Court is Petitioner's Motion to Dismiss Pinal County Sheriff (Doc. 38).

**IT IS ORDERED** granting Petitioner's Motion to Dismiss Pinal County Sheriff (Doc. 38).

**IT IS FURTHER ORDERED** dismissing the Pinal County Sheriff as a Respondent in this matter.

Dated this 17th day of June, 2025.

_____
G. Murray Snow
Senior United States District Judge