IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fatemeh Tabatabaeifar,<br><br>　　　　　Petitioner,<br><br>v.<br><br>Kika Scott, et al.,<br><br>　　　　　Respondents. | No. CV-25-01238-PHX-GMS (MTM)<br><br>**ORDER** |

Before the Court is Respondents' Unopposed Motion to Extend Deadline to Respond to First Amended Complaint by Additional 14 Days (Doc. 62).

**IT IS ORDERED** granting Respondents' Unopposed Motion to Extend Deadline to Respond to First Amended Complaint by Additional 14 Days (Doc. 62).

**IT IS FURTHER ORDERED** Respondent's responsive pleading deadline is extended to and including **September 3, 2025**.

Dated this 21st day of August, 2025.

_____
G. Murray Snow
Senior United States District Judge