# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fatemeh Tabatabaeifar,<br><br>　　　　Petitioner,<br><br>v.<br><br>Kika Scott, et al.,<br><br>　　　　Respondents. | No. CV-25-01238-PHX-GMS (MTM)<br><br>**ORDER** |

　　　Before the court is Respondents' Unopposed Final Motion to Extend Deadline to Respond to First amended Complaint By Additional 14 Days (Third Request). (Doc. 64).

　　　**IT IS ORDERED** granting Respondents' Unopposed Final Motion to Extend Deadline to Respond to First amended Complaint By Additional 14 Days (Third Request). (Doc. 64).

　　　**IT IS FURTHER ORDERED** Respondents' responsive pleading to Petitioners' First Amended Complaint is due on or before **September 17, 2025**.

　　　Dated this 4th day of September, 2025.

_____
G. Murray Snow
Senior United States District Judge